IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER RANKIN,

    Plaintiff,

v.                                        CASE NO.: 4:10cv24-SPM/WCS

DAVID HARVEY, SHERIFF,
WAKULLA COUNTY, FLORIDA,
in his official capacity,

    Defendant.

_____/

## ORDER STAYING CASE PENDING APPROVAL OF SETTLEMENT

This cause comes before the Court on the Amended Mediation Report (doc. 27) advising that the parties have reached a settlement agreement that is contingent upon approval of the Bankruptcy Court. Upon consideration, it is

ORDERED AND ADJUDGED:

1.    This case is stayed pending a decision by the Bankruptcy Court on approval of the settlement.

2.    The parties shall file a written notice with the Court when a decision is made.

3.    If no decision is made by December 1, 2010, Plaintiff shall file a

written report on the status of the bankruptcy proceedings.

DONE AND ORDERED this 2nd day of September, 2010.

_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge

CASE NO.: 4:10cv24-SPM/WCS