IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER RANKIN,

    Plaintiff,

v.                                      CASE NO.: 4:10cv24-SPM/WCS

DAVID HARVEY, SHERIFF,
WAKULLA COUNTY, FLORIDA,
in his official capacity,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of Plaintiff's notice of voluntary dismissal with prejudice (doc. 29) and Federal Rule of Civil Procedure 41(a)(2), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The clerk shall close the case.

DONE AND ORDERED this 27th day of December, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge